Certificate Number: 12433-PAE-DE-036173159

Bankruptcy Case Number: 21-11722



12433-PAE-DE-036173159

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 1, 2021, at 9:02 o'clock AM EST, Cyrus Pollard completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 1, 2021              By:   /s/Lisa Susoev

                                      Name: Lisa Susoev

                                      Title: Teacher