Certificate Number: 12433-PAE-DE-036173161

Bankruptcy Case Number: 21-11722



12433-PAE-DE-036173161

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 1, 2021</u>, at <u>9:02</u> o'clock <u>AM EST</u>, <u>Rhonda D. Pollard</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 1, 2021</u>          By:  <u>/s/Lisa Susoev</u>

                                      Name:  <u>Lisa Susoev</u>

                                      Title:  <u>Teacher</u>