IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: CYRUS POLLARD<br>    RHONDA DENISE POLLARD<br>    **Debtor(s)** | )<br>)<br>)  CHAPTER 13<br>) |
| UNITED AUTO CREDIT CORPORATION<br>    **Moving Party** | )  Case No.: 21-11722 (MDC)<br>)<br>) |
| v. | )<br>) |
| CYRUS POLLARD<br>RHONDA DENISE POLLARD<br>    **Respondent(s)** | )<br>)<br>)<br>) |
| KENNETH E. WEST<br>    **Trustee** | )<br>)<br>) |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between United Auto Credit Corporation and the Debtors in settlement of the Objection To Confirmation, and filed on or about December 13, 2021 in the above matter is APPROVED.

Dated: December 14, 2021

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE