United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11722-mdc |
| Cyrus Pollard | Chapter 13 |
| Rhonda Denise Pollard | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cyrus Pollard, Rhonda Denise Pollard, 7433 North 21st Street, Philadelphia, PA 19138-2208 |
| cr | + | United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 14 2021 23:39:53 | Merrick Bank, Resurgent Capital Services, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Joint Debtor Rhonda Denise Pollard dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Cyrus Pollard dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 3 |

KENNETH E. WEST

    ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ

    on behalf of Creditor BRAVO Residential Funding Trust 2021-B bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

    on behalf of Creditor United Auto Credit Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: CYRUS POLLARD<br>RHONDA DENISE POLLARD<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13<br>) |
| UNITED AUTO CREDIT CORPORATION<br>**Moving Party** | ) Case No.: 21-11722 (MDC)<br>) |
| v. | ) |
| CYRUS POLLARD<br>RHONDA DENISE POLLARD<br>**Respondent(s)** | )<br>) |
| KENNETH E. WEST<br>**Trustee** | )<br>) |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between United Auto Credit Corporation and the Debtors in settlement of the Objection To Confirmation, and filed on or about December 13, 2021 in the above matter is APPROVED.

Dated:  December 14, 2021

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE