United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Cyrus Pollard  
Rhonda Denise Pollard  
    Debtors

Case No. 21-11722-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Dec 16, 2021     Form ID: 155     Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cyrus Pollard, Rhonda Denise Pollard, 7433 North 21st Street, Philadelphia, PA 19138-2208 |
| 14616092 | + | Allied Collection Services, Attn: Bankruptcy, 9301 Oakdale Avenue Suite 205, Chatsworth, CA 91311-6547 |
| 14617585 | + | BRAVO Residential Funding Trust 2021-B, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14632123 | | BRAVO Residential Funding Trust 2021-B, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14616094 | | City of Philadelphia, 1401 MSB Building, Philadelphia, PA 19102 |
| 14616097 | + | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14616098 | + | Lendmark Financial Service, 1735 North Brown Road, Suite 300, Lawenceville, GA 30043-8228 |
| 14616100 | | PGW, P.O. Box 117000, Newark, NJ 07101-4700 |
| 14616101 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14616102 | + | United Auto Credit Co, Attn: Bankruptcy, Po Box 163049, Fort Worth, TX 76161-3049 |
| 14617650 | + | United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049 |
| 14619033 | + | United Auto Credit Corporation, CO William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave, Suite 301, Moorestown NJ 08057-3125 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14628331 | | Email/Text: megan.harper@phila.gov | Dec 16 2021 23:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14616093 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2021 23:35:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14618079 | + | Email/Text: bankruptcy@cavps.com | Dec 16 2021 23:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14616095 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 16 2021 23:25:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14616096 | + | Email/Text: bknotice@ercbpo.com | Dec 16 2021 23:25:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14618719 | | Email/Text: ktramble@lendmarkfinancial.com | Dec 16 2021 23:25:00 | LENDMARK FINANCIAL SERVICES LLC, 2118 USHER ST., COVINGTON, GA 30014 |
| 14620035 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 16 2021 23:35:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14617565 | + | Email/Text: ecfbankruptcy@progleasing.com | Dec 16 2021 23:25:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, Draper, UT 84020-2315 |
| 14616099 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 16 2021 23:25:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14627069 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 16 2021 23:25:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |

| | | | |
|---|---|---|---|
| 14628161 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2021 23:35:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14628768 | + Email/PDF: ebn_ais@aisinfo.com | Dec 16 2021 23:35:31 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Joint Debtor Rhonda Denise Pollard dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Cyrus Pollard dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BRAVO Residential Funding Trust 2021-B bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor United Auto Credit Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Cyrus Pollard and Rhonda Denise Pollard

Debtor(s)

Chapter: 13

Bankruptcy No: 21−11722−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this December 16, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

35 − 11
Form 155