United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11722-djb |
| Cyrus Pollard | Chapter 13 |
| Rhonda Denise Pollard | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 10, 2025 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14739024 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 11 2025 00:56:00 | U.S. Bank Trust National Association, et al., c/o Select Portfolio Servicing Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 12, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Joint Debtor Rhonda Denise Pollard dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Cyrus Pollard dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-B bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BRAVO Residential Funding Trust 2021-B bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 10, 2025 | Form ID: trc | Total Noticed: 1 |

MICHELLE L. MCGOWAN
    on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII mimcgowan@raslg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor United Auto Credit Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 21-11722-djb
Chapter 13

In re: Debtor(s) (including Name and Address)

Cyrus Pollard
7433 North 21st Street
Philadelphia PA 19138

Rhonda Denise Pollard
7433 North 21st Street
Philadelphia PA 19138

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/10/2025.

Name and Address of Alleged Transferor(s):

Claim No. 11: U.S. Bank Trust National Association, et al., c/o Select Portfolio Servicing Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250

Name and Address of Transferee:

U.S. BANK TRUST NATIONAL ASSOCIATION
SELENE FINANCE LP
ATTN: BK DEPT
3501 OLYMPUS BLVD, SUITE 500
DALLAS, TX 75019

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/12/25

Tim McGrath
**CLERK OF THE COURT**