UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                                                                               CASE NO.: 21-11722
                                                                                                           CHAPTER 13
**Cyrus Pollard,**
  **Debtor.**

**Rhonda Denise Pollard,**
  **Joint Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

           Robertson, Anschutz, Schneid, Crane & Partners, PLLC
           Attorneys for Movant
           13010 Morris Rd., Suite 450
           Alpharetta, GA 30004
           Telephone: 470-321-7112
           Facsimile: 404-393-1425

           By: /s/Sherri Dicks
               Sherri Dicks
               Email: sdicks@raslg.com

# **CERTIFICATE OF SERVICE**

       **I HEREBY CERTIFY** that on March 19, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CYRUS POLLARD
7433 NORTH 21ST STREET
PHILADELPHIA, PA 19138

RHONDA DENISE POLLARD
7433 NORTH 21ST STREET
PHILADELPHIA, PA 19138

And via electronic mail to:

DAVID M. OFFEN
THE CURTIS CENTER
601 WALNUT STREET
SUITE 160 WEST
PHILADELPHIA, PA 19106

KENNETH E. WEST
CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

D. TROY SELLARS
ASSISTANT UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

                                                        By: /s/ Amber Matas