UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Cyrus Pollard,<br>      Debtor,<br><br>Rhonda Denise Pollard,<br>      Joint Debtor.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST,<br>      Movant,<br><br>        v.<br><br>Cyrus Pollard and Rhonda Denise Pollard,<br>      Debtors/Respondents,<br><br>KENNETH E. WEST,<br>      Trustee/Additional Respondent. | Bankruptcy No. 21-11722-djb<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this_____day of_, 2025, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Automatic Stay of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, and any response thereto, and this Court finding that the mortgaged property is not necessary for an effective reorganization, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

_____
Derek J. Baker
U.S. Bankruptcy Judge

**Date: October 3, 2025**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Cyrus Pollard,<br>      Debtor,<br><br>Rhonda Denise Pollard,<br>      Joint Debtor.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST,<br>      Movant,<br><br>              v.<br><br>Cyrus Pollard and Rhonda Denise Pollard,<br>      Debtors/Respondents,<br><br>KENNETH E. WEST,<br>      Trustee/Additional Respondent. | Bankruptcy No. 21-11722-djb<br><br>Chapter 13 |

## STIPULATION RESOLVING MOTION FOR RELIEF FROM STAY

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor" or "Movant"), and Cyrus Pollard ("Debtor") and Rhonda Denise Pollard ("Joint Debtor"), by and through the undersigned attorneys, hereby stipulate as follows:

I.     BACKGROUND:

1. On April 23, 2007, Cyrus Pollard executed and delivered a Promissory Note ("Note") and Cyrus Pollard and Joint Debtor Rhonda Pollard executed a Mortgage ("Mortgage") securing payment of the Note in the amount of $162,000.00.

2. The Mortgage was recorded on April 30, 2007 with the Philadelphia County Recorder of Deeds.

3. The Mortgage was secured as a lien against the real property located in Philadelphia County commonly known as 7433 North 21st Street, Philadelphia, Pennsylvania 19138 (the "Property").

4. The Note and Mortgage were last assigned to U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST.

5. Debtor defaulted under the terms of the Note and Mortgage by failing to make monthly post-petition payments of principal, interest and escrow when they became due. As of August 7, 2025 the post-petition arrears owed Movant is $1,406.18 and comprises $1549.00 legal fees and costs, less a suspense balance of $142.82.

6. Thus, Debtor's post-petition arrears total $1,406.18.

7. Debtor further acknowledges that additional payments of principal, interest and escrow currently in the amount of $1,072.53 per month shall become due under the Note and Mortgage on the 1st day of each successive month, beginning September 1, 2025 until the Note is paid in full. Debtor acknowledges that the monthly payment is subject to change and remains responsible for same.

8. U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, and Debtor desire to resolve Debtor's post-petition arrears in accordance with the terms set forth below:

II. **STIPULATION FOR RELIEF FROM STAY**

9. Debtor confirms and acknowledges his financial obligations to U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST under the Note and Mortgage.

10. Debtor further confirms and acknowledges his failure to make post-petition payments of principal, interest and escrow in the amount of post-petition arrearage as set forth in Paragraphs 5 and 6

above.

11. Debtor further confirms and acknowledges his obligation and agrees to make regular post-petition payments of principal, interest and escrow going forward from September 1, 2025 as set forth in Paragraph 7 above.

12. Debtor is required to cure the remaining arrears of $1,406.18 by making payments to Movant in the amount of $234.26 for the next 5 consecutive months, as well as a sixth and final payment in the amount of $234.88 to be tendered on or before the 15th day of each month beginning September 15, 2025. Payments should be remitted in certified funds to:

**SELENE FINANCE LP
ATTN: BK DEPT
3501 OLYMPUS BLVD.
SUITE 500
DALLAS, TX 75019**

13. In the event that Debtor converts to a Chapter 7 bankruptcy during the pendency of this bankruptcy case, the Debtor(s) shall cure the pre-petition and post-petition arrears within ten (10) days from date of conversion. Should the Debtor fail to cure the arrears, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, will issue and serve upon Debtor's attorney written notification of default ("Notice") of this Stipulation. If the default is not cured within fifteen (15) days of the Notice, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, may file a Certification of Default with the United States Bankruptcy Court ("Court") and the Court shall enter an Order granting relief from the Automatic Stay.

14. In the event the Debtor(s) defaults on his obligations under this Stipulation by failing to comply with the provisions as set forth above in Paragraph 11 and/or tender in full any of the payments

described in Paragraph 12, on or before the dates upon which they are due, then U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, its successors and/or assigns shall serve attorney for the Debtor via facsimile, electronic mail, and/or First Class Mail, postage prepaid, with written notification of the default. In the event that Debtor fails to cure the default within fifteen (15) days of the date of the Notice, then U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, whereby U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, or its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation without further notice to Debtor or the Order of this Court. If Movant is required to issue a Notice of Default, the Debtor shall pay $125.00 per Notice, as attorney fees, in addition to all funds required to fully cure the default prior to the expiration of the allowed cure period.

15. In addition, Debtor agrees that he is not permitted more than two (2) defaults from the date of this Stipulation. Debtor agrees that if he defaults under the terms of this Stipulation more than two (2) times, then, without further notice, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, its successors and/or assigns may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, whereby U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, its successors and/or

assigns may exercise its rights against the mortgaged property under the terms of this Stipulation.

16. Neither U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST's consent to this Stipulation nor U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST's acceptance of any payments tendered by or on behalf of Debtor shall be construed as a waiver of its right to proceed with or commence a foreclosure other legal action against Debtor under this Stipulation.  However, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, agrees to credit the mortgage account of Debtor for all payments made in accordance with this Stipulation, the Note and/or Mortgage.

17. This Stipulation may only be modified by a revised Stipulation filed on the Court docket.  No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation as filed on the Bankruptcy Court docket.

18. Debtor hereby certifies and confirms that he reviewed the terms of the Stipulation with his attorney, understands and is in agreement with the terms of this Stipulation, and authorizes his attorney to execute this Stipulation on his behalf.

IT IS HEREBY STIPULATED:

By: /s/ Sherri R. Dicks                              Date: 10/1/2025
Sherri R. Dicks, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PA Bar No. 90600
13010 Morris Rd., Suite 450
Alpharetta, GA 30004

Telephone: 470-321-7113
Email: sdicks@raslg.com
Attorneys for Movant

/s/ David M. Offen_____ *with express permission*   Date: 9/29/2025
DAVID M. OFFEN
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
(215) 625-9600
Email: dmo160west@gmail.com

NO OPPOSITION:

/s/ LeeAne O. Huggins *with express permission*   Date: September 30, 2025
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
215-627-1377