United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 21-11722-djb
Cyrus Pollard                                                               Chapter 13
Rhonda Denise Pollard
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                                    Page 1 of 2
Date Rcvd: Oct 03, 2025                 Form ID: pdf900                          Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cyrus Pollard, Rhonda Denise Pollard, 7433 North 21st Street, Philadelphia, PA 19138-2208 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 04 2025 00:17:46 | Merrick Bank, Resurgent Capital Services, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2025 00:16:28 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 04 2025 00:10:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Oct 04 2025 00:10:00 | United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cavalry SPV I, LLC, 500 summit Lake Drive ste 400 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2025                      Signature:        /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 03, 2025 | Form ID: pdf900 | Total Noticed: 5 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Cyrus Pollard dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Rhonda Denise Pollard dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BRAVO Residential Funding Trust 2021-B bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-B bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST rshearer@raslg.com |
| SHERRI DICKS | on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com  shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST sdicks@raslg.com, shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor United Auto Credit Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Cyrus Pollard,<br>     Debtor,<br><br>Rhonda Denise Pollard,<br>     Joint Debtor.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST,<br>     Movant,<br><br>       v.<br><br>Cyrus Pollard and Rhonda Denise Pollard,<br>     Debtors/Respondents,<br><br>KENNETH E. WEST,<br>     Trustee/Additional Respondent. | Bankruptcy No. 21-11722-djb<br><br>Chapter 13 |

<u>**ORDER OF COURT**</u>

AND NOW, this_____day of_, 2025, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Automatic Stay of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, and any response thereto, and this Court finding that the mortgaged property is not necessary for an effective reorganization, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

_____
Derek J. Baker
U.S. Bankruptcy Judge

**Date: October 3, 2025**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Cyrus Pollard,<br>　　　　Debtor,<br><br>Rhonda Denise Pollard,<br>　　　　Joint Debtor.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION,<br>NOT IN ITS INDIVIDUAL CAPACITY BUT<br>SOLELY AS OWNER TRUSTEE FOR RCAF<br>ACQUISITION TRUST,<br>　　　　Movant,<br><br>　　　　　　v.<br><br>Cyrus Pollard and Rhonda Denise Pollard,<br>　　　　Debtors/Respondents,<br><br>KENNETH E. WEST,<br>　　　　Trustee/Additional Respondent. | Bankruptcy No. 21-11722-djb<br><br>Chapter 13 |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM STAY**

　　　　U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY

BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor" or

"Movant"), and  Cyrus Pollard ("Debtor") and Rhonda Denise Pollard ("Joint Debtor"), by and through

the undersigned attorneys, hereby stipulate as follows:

**I.**　　　**BACKGROUND:**

1. On April 23, 2007, Cyrus Pollard executed and delivered a Promissory Note ("Note") and Cyrus

   Pollard and Joint Debtor Rhonda Pollard executed a Mortgage ("Mortgage") securing payment of

   the Note in the amount of $162,000.00.

2. The Mortgage was recorded on April 30, 2007 with the Philadelphia County Recorder of Deeds.

3. The Mortgage was secured as a lien against the real property located in Philadelphia County commonly known as 7433 North 21st Street, Philadelphia, Pennsylvania 19138 (the "Property").

4. The Note and Mortgage were last assigned to U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST.

5. Debtor defaulted under the terms of the Note and Mortgage by failing to make monthly post-petition payments of principal, interest and escrow when they became due.  As of August 7, 2025 the post-petition arrears owed Movant is $1,406.18 and comprises $1549.00 legal fees and costs, less a suspense balance of $142.82.

6.  Thus, Debtor's post-petition arrears total $1,406.18.

7. Debtor further acknowledges that additional payments of principal, interest and escrow currently in the amount of $1,072.53 per month shall become due under the Note and Mortgage on the 1st day of each successive month, beginning September 1, 2025 until the Note is paid in full. Debtor acknowledges that the monthly payment is subject to change and remains responsible for same.

8. U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, and Debtor desire to resolve Debtor's post-petition arrears in accordance with the terms set forth below:

II.    **STIPULATION FOR RELIEF FROM STAY**

9. Debtor confirms and acknowledges his financial obligations to U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST under the Note and Mortgage.

10. Debtor further confirms and acknowledges his failure to make post-petition payments of principal, interest and escrow in the amount of post-petition arrearage as set forth in Paragraphs 5 and 6

above.

11. Debtor further confirms and acknowledges his obligation and agrees to make regular post-petition payments of principal, interest and escrow going forward from September 1, 2025 as set forth in Paragraph 7 above.

12. Debtor is required to cure the remaining arrears of $1,406.18 by making payments to Movant in the amount of $234.26 for the next 5 consecutive months, as well as a sixth and final payment in the amount of $234.88 to be tendered on or before the 15th day of each month beginning September 15, 2025. Payments should be remitted in certified funds to:

**SELENE FINANCE LP**
**ATTN: BK DEPT**
**3501 OLYMPUS BLVD.**
**SUITE 500**
**DALLAS, TX 75019**

13. In the event that Debtor converts to a Chapter 7 bankruptcy during the pendency of this bankruptcy case, the Debtor(s) shall cure the pre-petition and post-petition arrears within ten (10) days from date of conversion.  Should the Debtor fail to cure the arrears, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, will issue and serve upon Debtor's attorney written notification of default ("Notice") of this Stipulation.  If the default is not cured within fifteen (15) days of the Notice, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, may file a Certification of Default with the United States Bankruptcy Court ("Court") and the Court shall enter an Order granting relief from the Automatic Stay.

14. In the event the Debtor(s) defaults on his obligations under this Stipulation by failing to comply with the provisions as set forth above in Paragraph 11 and/or tender in full any of the payments

described in Paragraph 12, on or before the dates upon which they are due, then U.S. BANK
TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY
AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, its successors and/or assigns shall
serve attorney for the Debtor via facsimile, electronic mail, and/or First Class Mail, postage
prepaid, with written notification of the default.  In the event that Debtor fails to cure the default
within fifteen (15) days of the date of the Notice, then U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER
TRUSTEE FOR RCAF ACQUISITION TRUST may file a Certification of Default with the Court
and the Court shall enter an Order granting relief from the Automatic Stay, whereby U.S. BANK
TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY
AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, or its successors and/or assigns
may exercise its rights against the mortgaged property under the terms of this Stipulation without
further notice to Debtor or the Order of this Court.  If Movant is required to issue a Notice of
Default, the Debtor shall pay $125.00 per Notice, as attorney fees, in addition to all funds required
to fully cure the default prior to the expiration of the allowed cure period.

15. In addition, Debtor agrees that he is not permitted more than two (2) defaults from the date of this
Stipulation.  Debtor agrees that if he defaults under the terms of this Stipulation more than two (2)
times, then, without further notice, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN
ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF
ACQUISITION TRUST, its successors and/or assigns may file a Certification of Default with the
Court and the Court shall enter an Order granting relief from the Automatic Stay, whereby U.S.
BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, its successors and/or

assigns may exercise its rights against the mortgaged property under the terms of this Stipulation.

16. Neither U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL

CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST's

consent to this Stipulation nor U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS

INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION

TRUST's acceptance of any payments tendered by or on behalf of Debtor shall be construed as a

waiver of its right to proceed with or commence a foreclosure other legal action against Debtor

under this Stipulation.  However, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN

ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF

ACQUISITION TRUST, agrees to credit the mortgage account of Debtor for all payments made

in accordance with this Stipulation, the Note and/or Mortgage.

17. This Stipulation may only be modified by a revised Stipulation filed on the Court docket.  No oral

modifications are permitted and any allegation that the Stipulation was modified orally will be

disregarded as evidence. No written modifications are permitted, except for a revised Stipulation

as filed on the Bankruptcy Court docket.

18. Debtor hereby certifies and confirms that he reviewed the terms of the Stipulation with his

attorney, understands and is in agreement with the terms of this Stipulation, and authorizes his

attorney to execute this Stipulation on his behalf.

IT IS HEREBY STIPULATED:

By: /s/ Sherri R. Dicks            Date: 10/1/2025
Sherri R. Dicks, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PA Bar No. 90600
13010 Morris Rd., Suite 450
Alpharetta, GA 30004

Telephone: 470-321-7113
Email: sdicks@raslg.com
Attorneys for Movant

/s/ David M. Offen_____ *with express permission*    Date: 9/29/2025
DAVID M. OFFEN
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
(215) 625-9600
Email: dmo160west@gmail.com

NO OPPOSITION:

/s/ LeeAne O. Huggins *with express permission*    Date: September 30, 2025
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
215-627-1377