# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cyrus Pollard<br>       Rhonda Denise Pollard<br>                    **Debtor(s)** | BK NO. 21-11722 MDC<br><br>Chapter 13 |
| U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-B<br>                    **Movant**<br>         vs.<br><br>Cyrus Pollard<br>Rhonda Denise Pollard<br>                    **Debtor(s)**<br><br>Kenneth E. West,<br>                    **Trustee** | Related to Claim No. Claim No. 11-2 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 5, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Cyrus Pollard
7433 North 21st Street
Philadelphia, PA 19138

Rhonda Denise Pollard
7433 North 21st Street
Philadelphia, PA 19138

Attorney for Debtor(s) (via ECF)
David M. Offen, Esq.
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106

Trustee (via ECF)
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first-class mail

Dated: May 5, 2023

*/s/ Michael P. Farrington*
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com